RECEIVED
2024 MAR 21 PM 4:09

ATTEST AND CERTIFY A TRUE COPY
U.S. CLERK
MIDDLE DISTRICT COURT
DISTRICT OF TENNESSEE
By ___JM___
Deputy Clerk

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA

v.  Criminal Case No. 3:24-cr-00064

CAMILO CAMPOS-HURTADO

### PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

1. CAMILO CAMPOS-HURTADO, Control #30951, DOB: \*\*/\*\*/1959, is, in due form and process of law, confined in the custody of the Williamson County Jail, located at 408 Century Court, Franklin, TN 37064.

2. Said individual is needed for an initial appearance and related proceedings pursuant to an Indictment in Case Number 3:24-cr-00064 and is needed to appear before this Court. A Writ of Habeas Corpus Ad Prosequendum should issue for that purpose.

DATED: March 21, 2024

s/ Monica R. Morrison
Monica R. Morrison
Assistant United States Attorney
Petitioner

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: United States Marshals, Middle District of Tennessee
Williamson County Jail, 408 Century Court, Franklin, TN 37064
The Petition is GRANTED

YOU ARE HEREBY COMMANDED to bring or cause to be brought CAMILO CAMPOS HURTADO, Control #30951, DOB: \*\*/\*\*/1959 is, in due form and process of law, confined in the custody of the Williamson County Jail, located at 408 Century Court, Franklin, TN 37064, and shall be transferred to the custody of the Department of Homeland Security and produced before this Court to attend his initial appearance and will be returned to the Williamson County Jail on the same day.

WITNESS, Alistair E. Newbern, United States Magistrate Court Judge for the Middle District of Tennessee.

DATED: March 21, 2024

UNITED STATES DISTRICT COURT
By _____
ALISTAIR E. NEWBERN
U.S. Magistrate Judge

MARSHALS RETURN
I HEREBY CERTIFY THIS ORDER WAS EXECUTED ON 3/25/24 AS DIRECTED BY THE INSTRUCTIONS CONTAINED HEREIN.
U.S. MARSHAL
BY Transported by HSI