UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. 3:24-cr-00064 |
| v. ) | |
| ) | Judge Richardson |
| CAMILO CAMPOS-HURTADO ) | |
| a/k/a "Camilo Campos" ) | |
| a/k/a "Arturo Lopez" ) | |
| a/k/a "Hurtado Camilo Campos" ) | |

MOTION FOR STATUS CONFERENCE

The United States of America, by and through Henry C. Leventis, United States Attorney, and Monica R. Morrison and Kathryn Risinger, Assistant United States Attorneys for the Middle District of Tennessee, and hereby moves the Court to set a Status Conference in the matter for the purpose of setting a firm trial date.

Respectfully submitted,

HENRY C. LEVENTIS
United States Attorney for the
Middle District of Tennessee

/s/ Monica R. Morrison
MONICA R. MORRISON
KATHRYN RISINGER
Assistant United States Attorneys
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Telephone: 615/736-5151

CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of April, 2024, I electronically filed the foregoing with the clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to counsel of record.

/s/ Monica R. Morrison
Monica R. Morrison