UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                    Criminal Case No. 3:24-cr-00064

CAMILO CAMPOS

---

### PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

1. CAMILO CAMPOS, Control #30951, DOB: **/**/1959, is, in due form and process of law, confined in the custody of the Williamson County Jail, located at 408 Century Court, Franklin, TN 37064.

2. Said individual is needed for proceedings related to the Indictment in Case Number 3:24-cr-00064, and is needed to appear before this Court. A Writ of Habeas Corpus Ad Prosequendum should issue for that purpose.

DATED: March 25, 2025

> *s/ Monica R. Morrison*
> Monica R. Morrison
> Assistant United States Attorney
> Petitioner

---

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:     United States Marshals, Middle District of Tennessee
        Williamson County Jail, 408 Century Court, Franklin, TN 37064
        The Petition is GRANTED

YOU ARE HEREBY COMMANDED to bring or cause to be brought CAMILO CAMPOS, Control #30951, DOB: **/**/1959 is, in due form and process of law, confined in the custody of the Williamson County Jail, located at 408 Century Court, Franklin, TN 37064 and shall be transferred to the custody of the United States Marshal and produced before this Court to attend his proceedings in this matter, and shall be retained in federal custody pending resolution in this matter.

WITNESS, Alistair E. Newbern, United States Magistrate Court Judge for the Middle District of Tennessee.

DATED: ___March 26, 2025___

UNITED STATES DISTRICT COURT
By_____
    ALISTAIR E. NEWBERN
    U.S. Magistrate Judge