# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:24-cr-00064 |
| | ) | JUDGE RICHARDSON |
| CAMILO CAMPOS-HURTADO | ) | |

## MOTION TO SET CHANGE OF PLEA HEARING NOT SUBJECT TO PLEA AGREEMENT

Comes now the defendant, Camilo Campos-Hurtado, through counsel, Assistant Federal Public Defender Thomas C. Williams, and moves this Honorable Court to enter an order scheduling a date in the instant matter for a change of plea hearing not subject to a plea agreement, at the court's convenience.

Respectfully submitted,

/s/ *Thomas C. Williams*
THOMAS C. WILLIAMS (BPR# 032436)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: Tom_Williams@fd.org

Attorney for Camilo Campos-Hurtado

## CERTIFICATE OF SERVICE

      I hereby certify that on May 30, 2025, I electronically filed the foregoing *Motion to Set Change of Plea Hearing Not Subject to Plea Agreement* with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Monica R. Morrison, Assistant United States Attorney, 719 Church Street, Suite 3300, Nashville, TN 37203.

                                        /s/ *Thomas C. Williams*
                                        THOMAS C. WILLIAMS

2

Case 3:24-cr-00064   Document 26   Filed 05/30/25   Page 2 of 2 PageID #: 63