UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:24-cr-00064 |
| ) | JUDGE RICHARDSON |
| CAMILO CAMPOS HURTADO ) | |

### **ORDER**

Defendant's Motion to Set Change of Plea Hearing Not Subject to Plea Agreement (Doc. No. 26) is granted. A plea hearing in this case is scheduled for **June 17, 2025, at 2:00 p.m.**

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE