UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 3:24-cr-00064 |
| | ) JUDGE RICHARDSON |
| CAMILO CAMPOS-HURTADO | ) |

## ORDER

Due to a delay in the preparation of the Presentence Report, and to comply with Fed. R. Crim. P. 32(e)(2), the sentencing hearing scheduled for October 29, 2025, at 9:00 a.m. is **canceled** and will be rescheduled consistent with the time of the disclosure of the Presentence Report.

The U.S. Probation Office shall notify Chambers staff by e-mail at Richardson_Chambers@tnmd.uscourts.gov when the Presentence Report is disclosed to the parties.

IT IS SO ORDERED.

_____
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE